# U.S. District Court
## Middle District of Tennessee (Cookeville)
## CIVIL DOCKET FOR CASE #: 2:26–cv–00038

ABC IP, LLC et al v. Stark80 LLC et al

Assigned to: District Judge Waverly D. Crenshaw, Jr

Referred to: Magistrate Judge Luke A. Evans

Cause: 35:271 Patent Infringement

Date Filed: 06/13/2026

Date Terminated: 08/05/2026

Jury Demand: Plaintiff

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC**

*a Delaware limited liability company*

represented by  **Benjamin J Christoff**

Fish & Richardson P.C.

1000 Maine Ave., Ste. 1000

Washington, DC 20024

(202) 783–5070

Email: Christoff@fr.com

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Carl E Bruce**

Fish & Richardson P.C.

1717 Main St, Ste 5000

Dallas, TX 75201–7321

(214) 747–5070

Email: Bruce@fr.com

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Glenn D Bellamy**

Wood, Herron & Evans, L.L.P.

600 Vine Street, Suite 2800

Cincinnati, OH 45202

(513) 707–0243

Email: gbellamy@whe–law.com

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Joseph Alan Jackson , II**

Spears, Moore, Rebman & Williams, PC

601 Market Street

Suite 400

Chattanooga, TN 37402

(423) 756–7000

Fax: (423) 756–4801

Email: jaj@smrw.com

*ATTORNEY TO BE NOTICED*

**Matthew A. Colvin**

Fish & Richardson P.C.

1717 Main St, Ste 5000

Dallas, TX 75201–7321

214–747–5070
Fax: 214–747–2091
Email: colvin@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**                represented by   **Benjamin J Christoff**
*a Texas corporation*                                         (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carl E Bruce**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Glenn D Bellamy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joseph Alan Jackson , II**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew A. Colvin**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RBTM LLC**                                 represented by   **Benjamin J Christoff**
*a Wyoming limited liability company*                        (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carl E Bruce**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Glenn D Bellamy**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joseph Alan Jackson , II**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew A. Colvin**
                                                             (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Stark80 LLC**
*a Wyoming limited liability company*
*doing business as*
Stark80

**Defendant**

**Jeremiah Williamson**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2026 | Ï 1 | COMPLAINT for Patent Infringement against Stark80 LLC and Jeremiah Williamson (Filing fee $405, Receipt number ATNMDC–4592730), filed by ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC. (Attachments: # 1 Exhibit A (U.S. Patent No. 12,038,247), # 2 Exhibit B (U.S. Patent No. 12,031,784), # 3 Exhibit C (U.S. Patent No. 12,529,538), # 4 Exhibit D (U.S. Patent No. 12,578,159), # 5 Exhibit E (U.S. Patent No. 10,514,223), # 6 Exhibit F (U.S. Patent No. 11,724,003), # 7 Exhibit G (U.S. Patent No. 12,036,336), # 8 Exhibit H (U.S. Patent No. 12,274,807), # 9 Exhibit I (U.S. Patent No. 12,636,403), # 10 Exhibit J (Super Safety Guide), # 11 Attachment – Civil Cover Sheet) (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 2 | NOTICE OF ADMINISTRATIVE ORDER NO. 217 to parties re obligation of counsel to keep Court apprised of current contact information. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 3 | NOTICE of Business Entity Disclosure Statement filing requirement. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 4 | NOTICE/INFORMATION regarding Consent of the Parties to the Magistrate Judge. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 5 | Summons issued as to Stark80 LLC and Jeremiah Williamson. Counsel is responsible for printing and serving the summons. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 6 | NOTICE of Initial Case Management Conference by Telephone set for 9/1/2026 at 09:00 AM before Magistrate Judge Luke A. Evans. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï | TN State Bar status verified as active for Joseph Alan Jackson, II **admitted to this court**. (sm) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 7 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Jackson, Joseph) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 8 | NOTICE by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc. *(Report on the Filing or Determination of an Action Regarding a Patent or Trademark – Patents)* (Jackson, Joseph) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 9 | NOTICE by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc. *(Report on the Filing or Determination of an Action Regarding a Patent or Trademark – Trademarks)* (Jackson, Joseph) (Entered: 06/15/2026) |

| | | |
|---|---|---|
| 06/16/2026 | 10 | ORDER: This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A). Lead counsel for the parties shall attend the initial case management conference. This case shall be set for trial upon completion of the initial case management conference by order of the Court in accordance with the procedures of Local Rule 16.01(h). Signed by District Judge Waverly D. Crenshaw, Jr on 6/16/2026. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(ch) (Entered: 06/16/2026) |
| 06/30/2026 | 11 | MOTION for attorney Glenn D. Bellamy to Appear Pro Hac Vice (paid $150 PHV fee; receipt number ATNMDC–4605193) by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Attachment Certificate of Good Standing – Glenn D. Bellamy (S.D. Ohio))(Jackson, Joseph) (Entered: 06/30/2026) |
| 06/30/2026 | 12 | MOTION for attorney Carl E. Bruce to Appear Pro Hac Vice (paid $150 PHV fee; receipt number ATNMDC–4605213) by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Attachment (Certificate of Good Standing – Carl E. Bruce (E.D. Tex.))(Jackson, Joseph) (Entered: 06/30/2026) |
| 06/30/2026 | 13 | MOTION for attorney Benjamin J. Christoff to Appear Pro Hac Vice (paid $150 PHV fee; receipt number ATNMDC–4605217) by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Attachment (Certificate of Good Standing – Benjamin J. Christoff (E.D. Tex.))(Jackson, Joseph) (Entered: 06/30/2026) |
| 06/30/2026 | 14 | MOTION for attorney Matthew A. Colvin to Appear Pro Hac Vice (paid $150 PHV fee; receipt number ATNMDC–4605226) by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Attachment (Certificate of Good Standing – Matthew A. Colvin (E.D. Tex.))(Jackson, Joseph) (Entered: 06/30/2026) |
| 07/13/2026 | | State Bar status verified as active for Glenn D Bellamy (OH), Carl E Bruce (TX), Benjamin J Christoff (DC), Matthew A. Colvin (TX) **not admitted to this court – Local counsel secured**. (lh) (Entered: 07/13/2026) |
| 07/13/2026 | 15 | ORDER: Having satisfied the requirements of Local Rule 83.01(b), the Motions for Glenn D. Bellamy 11 , Carl E. Bruce 12 , Benjamin J. Christoff 13 , and Matthew A. Colvin 14 to Appear Pro Hac Vice are granted. Signed by Clerk of Court Lynda M. Hill on 07/13/2026. (lh) (Entered: 07/13/2026) |
| 07/14/2026 | 16 | SUMMONS returned executed by ABC IP, LLC, Rare Breed Triggers, Inc., RBTM LLC. Jeremiah Williamson served on 7/9/2026. (Jackson, Joseph) (Entered: 07/14/2026) |
| 07/14/2026 | 17 | SUMMONS returned executed by ABC IP, LLC, Rare Breed Triggers, Inc., RBTM LLC. Stark80 LLC served on 7/5/2026. (Jackson, Joseph) (Entered: 07/14/2026) |
| 07/29/2026 | 18 | NOTICE by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc. (Attachments: # 1 Attachment Part 1 (Motion to Transfer and Response (Part 1 of 3), # 2 Attachment Part 2 (Motion to Transfer and Response (Part 2 of 3), # 3 Attachment Part 3 (Motion to Transfer and Response (Part 3 of 3), # 4 Attachment Part 4 (The Partisan Network's Interested Party Response), # 5 Attachment Part 5 (TO–1), # 6 Attachment Part 6 (CTO), # 7 Attachment Part 7 (TO–2), # 8 Attachment Part 8 (Notice of Potential Tag–Along Actions))(Jackson, Joseph) (Entered: 07/29/2026) |
| 07/30/2026 | 19 | MOTION for Extension of Time to File Answer re 1 Complaint,, *(Defendant Jeremiah Williamson)* by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Attachment Proposed Order)(Colvin, Matthew) (Entered: 07/30/2026) |
| 08/03/2026 | 20 | ORDER granting 19 Motion for Extension of Time to Answer re 1 Complaint, Jeremiah Williamson answer due 8/26/2026. Signed by Magistrate Judge Luke A. Evans on 8/3/2026. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ** |

| | | |
|---|---|---|
| | | **THE ORDER.)**(sv) (Entered: 08/03/2026) |
| 08/04/2026 | 21 | CERTIFIED CONDITIONAL TRANSFER ORDER (CTO–6) IN RE: RARE BREED TRIGGERS PATENT LITIGATION, MDL NO. 3716 received from the U.S. District Court for the Eastern District of Texas. (Case ready for closing/transfer) (hb) (Entered: 08/04/2026) |
| 08/05/2026 | 22 | TEXT ORDER: Pursuant to the Conditional Transfer Order (CTO–6) of the Judicial Panel on Multidistrict Litigation, Docket No. 3176, this case is hereby transferred to the United States District Court for the Eastern District of Texas for coordinated or consolidated proceedings. The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Eastern District of Texas. Signed by District Judge Waverly D. Crenshaw, Jr on 8/5/2026. (vk) (Entered: 08/05/2026) |
| 08/05/2026 | | ***Civil Case Terminated. (vk) (Entered: 08/05/2026) |