**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, RARE BREED TRIGGERS, INC. and RBTM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARK 80 LLC d/b/a STARK80 and JEREMIAH WILLIAMSON,<br><br>Defendants. | Civil Action No. 4:26-cv-01018-ALM |

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court on Motion for Extension of Time to Respond to Complaint (the "Motion" - Dkt. #27). Having considered the Motion and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further ORDERED that Defendant Jeremiah Williamson shall have up to and including September 4, 2026, to respond to Plaintiffs' Complaint.

**SIGNED this 1st day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE