IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: RARE BREED TRIGGERS PATENT LITIGATION | CASE NO. 4:26-md-03176-ALM<br><br>CHIEF JUDGE AMOS L. MAZZANT |
| ABC IP, LLC et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STARK80 LLC et al.,<br><br>Defendants. | CASE NO. 4:26-cv-01018-ALM |

**NOTICE OF APPEARANCE**

The undersigned hereby gives notice that he appears as co-counsel for Defendant Stark80 LLC in the above-captioned case.

Dated: September 1, 2026

EMERSON, THOMSON & BENNETT, LLC

*/s/ Sergey Vernyuk*

John M. Skeriotis (Ohio Bar # 0069263)
jms@etblaw.com
Sergey Vernyuk (Ohio Bar # 0089101)
sv@etblaw.com
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
(330) 434-8888 – Facsimile
*Attorneys for Defendant Stark80 LLC*