IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation<br><br>**This document pertains to:** | Case No. 4:26-md-3176-ALM<br>MDL 3176 |
| ABC IP, LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Stark 80 LLC d/b/a STARK80, a Wyoming limited liability company, and<br><br>JEREMIAH WILLIAMSON, an individual,<br><br>*Defendants.* | Case No.2:26-cv-00038<br><br>ANSWER TO COMPLAINT<br><br>Demand For Jury Trial |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

TO THE HONORABLE COURT:

1. COMES NOW, Defendant Jeremiah Williamson ("Defendant") and submits this Unopposed Motion for Extension of Time to Answer to Plaintiffs' Complaint [Dkt. 1], and would respectfully show as follows:

2. Plaintiffs filed their Original Complaint [Dkt. 1] on June 13, 2026 in the Middle District of Tennessee, Northeastern Division. Service of the Original Complaint on the Defendant was effected on July 8, 2026 and proof of service was filed on July 14, 2026. [Dkt. 16].

3. On August 4, 2026, this case was transferred from the Middle District of Tennessee, Northeastern Division to the Eastern District of Texas, Sherman Division via Conditional Transfer Order CTO-6 [Dkt. 21].

4. The Parties previously moved for unopposed extension of time [Dkt 19] to August 26, 2026 to respond to Plaintiffs' complaint.

5. The deadline for Defendant to answer or otherwise respond to the Complaint is presently set for September 4, 2026.

6. Defendant's recently engaged counsel requested, and Plaintiffs were unopposed, to an extension of two weeks for Defendant to answer or otherwise respond to the Complaint.

7. The extension is needed to afford the parties opportunity to negotiate towards a resolution or otherwise act to proceed in the case.

8. By this Unopposed Motion, Defendant requests an extension of the current deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint, by 14 days, so that Defendant will have until September 18, 2026, to answer or otherwise respond to Plaintiffs' Complaint [Dkt. 1].

9. Plaintiffs do not oppose the relief requested in this Motion.

10. No party will be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Motion be granted and that the Court enter the attached Order extending time.

Date: September 2, 2026

Respectfully submitted,

*/s/H. Dale Langley, Jr.*
H. Dale Langley, Jr.
Texas Bar No. 11918100
Federal ID No. 25026
The Langley Law Firm, PC
3345 Bee Caves Road, Ste. 104
Austin, Texas 78746
(512) 477-3830 - Telephone
(866) 735-9129 - Facsimile
dlangley@iptechlaw.com

**ATTORNEYS FOR DEFENDANT**

**Certificate of Conference**

I certify that on September 1, 2026, I conferred with counsel for Plaintiffs, Matthew Colvin, and Plaintiffs do not oppose this filing or the requested extension.

*/s/H. Dale Langley, Jr.*
H. Dale Langley, Jr.

**Certificate of Service**

The undersigned certifies that a copy of the foregoing document was served on the attorneys of record for all parties to the above cause on September 3, 2026.

*/s/H. Dale Langley, Jr*
H. Dale Langley, Jr.