IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | Case No. 4:26-md-3176-ALM<br>MDL 3176 |

**This document pertains to:**

| | |
|---|---|
| ABC IP, LLC, *et al.*,<br><br>*Plaintiffs*, | Case No.2:26-cv-00038 |
| v. | ANSWER TO COMPLAINT |
| Stark 80 LLC d/b/a STARK80, a Wyoming limited liability company, and | Demand For Jury Trial |
| JEREMIAH WILLIAMSON, an individual,<br><br>*Defendants*. | |

**[Proposed] ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Answer to Plaintiffs' Complaint [Dkt. 1].

After careful consideration, the Court enters the following order(s):

IT IS ORDERED that the deadline for Defendant to file an answer or otherwise respond to Plaintiffs' Complaint [Dkt. 1] is extended by 14-days to September 18, 2026.

Defendant shall file an answer or otherwise respond by September 18, 2026.

It is SO ORDERED this _______day of ______________________, 2026.

______________________________
United States District Judge

**Order**