IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | Case No. 4:26-md-3176-ALM<br>MDL 3176 |

**This document pertains to:**

| | |
|---|---|
| | Case No. 4:26cv1018 |
| *Plaintiffs*, | |
| v. | |
| Stark 80 LLC d/b/a STARK80, a Wyoming limited liability company, and | Demand For Jury Trial |
| JEREMIAH WILLIAMSON, an individual, | |
| *Defendants.* | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Answer to Plaintiffs' Complaint (Dkt. #30). The Court find the motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant to file an answer or otherwise respond to Plaintiffs' Complaint [Dkt. 1] is extended by 14-days to September 18, 2026. Defendant shall file an answer or otherwise respond by September 18, 2026.

**IT IS SO ORDERED**.

**SIGNED this 9th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE