**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE: RARE BREED TRIGGERS PATENT LITIGATION** | § § | **MDL No. 3176** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **Civil Action No. 4:26-md-03176-ALM** |
| | § | |
| ABC IP, LLC, et al. v. Stark80 LLC and Jeremiah Williamson | § § | Judge Amos L. Mazzant III |

---

## ORDER

Before the Court is Defendant Jeremiah Williamson's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) and, in the alternative, Motion for a More Definite Statement under Rule 12(e). Having considered the motion, the response, the reply, and the applicable law, the Court finds that the motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Counts I through XII of the Complaint are **DISMISSED** as to Defendant Jeremiah Williamson.