**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, RARE BREED TRIGGERS, INC. and RBTM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARK 80 LLC d/b/a STARK80 and JEREMIAH WILLIAMSON,<br><br>Defendants. | Civil Action No. 4:26-cv-01018-ALM |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JEREMIAH WILLIAMSON'S MOTION TO DISMISS**

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant Jeremiah Williamson's Motion to Dismiss (the "Motion" - Dkt. #34). Having considered the Motion and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC shall have up to and including October 13, 2026, to respond to Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

**SIGNED this 1st day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE