**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, RARE BREED TRIGGERS, INC. and RBTM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARK 80 LLC d/b/a STARK80 and JEREMIAH WILLIAMSON,<br><br>Defendants. | Civil Action No. 4:26-cv-01018-ALM |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JEREMIAH WILLIAMSON'S MOTION TO DISMISS**

Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC (collectively, "Plaintiffs"), by and through undersigned counsel, hereby move this Court for an extension of time for Plaintiffs to respond to the Motion to Dismiss (Dkt. 33) filed by Defendant Jeremiah Williamson ("Mr. Williamson"). Counsel for Mr. Williamson has been consulted and consents to this motion. In support of this motion, Plaintiffs state as follows:

1. On June 13, 2026, Plaintiffs filed their Complaint in this action, asserting claims for patent infringement, trademark infringement, and unfair competition against Mr. Williamson. *See* Dkt. 1.

2. Mr. Williamson was served with the Summons and Complaint on July 8, 2026, and proof of service was filed on July 14, 2026. *See* Dkt. 16.

3. Under the Federal Rules of Civil Procedure, Mr. Williamson's response to the Complaint was due on July 29, 2026. FED. R. CIV. P. 12(a)(1)(A)(i).

4. The parties conferred on July 22 and July 29, before Mr. Williamson's response deadline regarding an extension. Plaintiffs and Mr. Williamson agreed to an extension. *See* Dkt. 19.

5. On August 4, 2026, this case was transferred from the Middle District of Tennessee, Northeastern Division, to the Eastern District of Texas, pursuant to the finalization of Conditional Transfer Order CTO-6. Dkt. 21.

6. After further conferral, Mr. Williamson moved unopposed for a second extension on September 3, 2026. Dkt. 30. The extension was granted on September 9, 2026, resetting Mr. Williamson's answer deadline to September 18, 2026. Dkt. 32.

7. Mr. Williamson filed a motion to dismiss on September 15, 2026. Dkt. 33.

8. On September 28, 2026, after conferring with counsel for Mr. Williamson, Plaintiffs filed an unopposed motion to extend the time to respond to Mr. Williamson's Motion to Dismiss until October 13, 2026. Dkt. 34.

9. The Court granted Plaintiffs' motion for an extension of time. Dkt. 35.

10. On October 13, 2026, after conferring with counsel for Mr. Williamson, Plaintiffs filed an unopposed motion to extend the time to respond to Mr. Williamson's Motion to Dismiss until October 27, 2026. Dkt. 38.

11. The Court granted Plaintiffs' motion for an extension of time. Dkt. 39.

12. The parties continue to engage in discussions which may resolve this matter. An extension for Plaintiffs' response to Mr. Williamson's Motion to Dismiss would give the parties more time to determine whether a resolution can be reached without additional filings.

13. Counsel for Mr. Williamson consented to the extension in writing on October 27, 2026.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs an extension of time, up to and including November 10, 2026, to respond to Mr. Williamson's Motion to Dismiss, and for such other relief as the Court deems just and proper. A proposed order is attached.

DATED: October 27, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin (*Pro Hac Vice*)
Texas Bar No. 24087331
Carl E. Bruce (*Pro Hac Vice*)
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff (DC Bar No. 1025635)
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com

Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy (admitted *pro hac vice*)
WOOD HERRON & EVANS LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC, Rare Breed Triggers, Inc.*
*and RBTM LLC*

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendant have met and conferred pursuant to Local Rule CV-7(h). Counsel for Mr. Williamson agreed to the extension via email on October 27, 2026.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2026, on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin