**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In Re: Rare Breed Triggers Patent Litigation** | **4:26-md-03176-ALM**<br>**MDL 3176** |
| ABC IP, LLC, RARE BREED TRIGGERS, INC. and RBTM LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STARK 80 LLC d/b/a STARK80 and JEREMIAH WILLIAMSON,<br><br>Defendants. | Civil Action No. 4:26-cv-01018-ALM |

**NOTICE OF VOLUNTARY DISMISSAL OF JEREMIAH WILLIAMSON**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs BC IP, LLC, Rare Breed Triggers, Inc., and RBTM LLC (collectively, "Plaintiffs") hereby give notice that the above-captioned action is voluntarily dismissed without prejudice as to Defendant Jeremiah Williamson ("Mr. Williamson") only, with the action remaining open as to the remaining defendants.

Mr. Williamson has not served an answer or a motion for summary judgment in this action.

DATED: November 17, 2026

Respectfully submitted,

*/s/ Matthew A. Colvin*

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
Bret T. Winterle
Texas Bar No. 24084249
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
winterle@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Oliver J. Richards
CA Bar No. 310972
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
E-mail: ojr@fr.com
Tel: (858) 678-5070
Fax: (858) 678-5099

Glenn D. Bellamy
(admitted *pro hac vice*)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
E-mail:
melissa@gillamsmithlaw.com

*Attorneys for Plaintiffs*
*ABC IP, LLC, Rare Breed Triggers, Inc. and RBTM LLC*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendant Mr. Williamson have met and conferred pursuant to Local Rule CV-7(h). Counsel for Mr. Williamson agreed to the relief requested in the notice on November 17, 2026.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 17, 2026, on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Matthew A. Colvin*
Matthew A. Colvin