# EXHIBIT K-10

## ’403 Patent Claim 38 re Atrius

<table>
<tr><th>’403 Patent Claim 38</th><th>Accused Products</th></tr>
<tr><td>38[pre]: A forced reset trigger mechanism, comprising:</td><td>

Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.

The Accused Products are described as a “Forced Reset Selector (FRS)” in public documentation and are compatible with mil-spec AR-15 fire control groups. https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026).


Products Merch Support Contact
ATRIUS
What can we help you find today?
Product Details Reviews

Product Details

*Orders are now being fulfilled within the next business day!

The most robust solution on the market that enables the user to have 3 positions; SAFE, SEMI (Traditional) and FULL-SEMI. This Forced Reset Selector (FRS) is compatible with mil-spec AR15 (chambered in .223/5.56/.300 BLK) fire control groups and no modifications required. The Atrius FORCED RESET SELECTOR isn’t just a safety, it’s an advantage.

For all notes on Compatibility GO to our Compatibility Page here.

PRODUCT FEATURES

- **Drop-In Installation** – Swap out your factory safety in minutes and experience the next level of firearm manipulation (some fitment may be required).
- **Runs with Mil-Spec Fire Control Groups** – Seamlessly integrates with standard AR fire control groups, ensuring flawless function and longevity without modification.
- **Hardcore Durability** – Crafted from heat-treated, 4140 steel and coated in a corrosion-resistant finish, the Atrius FRS laughs in the face of wear and tear. Rain, mud, sweat—it eats it all for breakfast.
- **Mechanically Leveraged Design** – Our Forced Reset Selector (FRS) reduces wear on your rifle, preserving your weapon’s longevity — unlike forced-reset triggers (FRTs) that accelerate internal component degradation.
- **Ultra-Smooth Engagement** – Crisp, tactile clicks with no mushy nonsense. Designed for 90-degree throw engagement.
- **Positive Positioning Without Slippage** – Engineered for rock-solid engagement, eliminating the risk of unintentional movement mid-fire, keeping you in full control at all times.
- **Aggressive Ergonomics** – Textured, chamfered, and purpose-built for speed. Your thumb finds the selector instantly, even under stress, with no fumbling, no hesitation—just pure control.
- **MADE IN THE USA** – Proudly manufactured by Americans for Americans.

*Upgrade your firepower. Own your control. Rule the game.*



https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)

</td></tr>
</table>

| ’403 Patent Claim 38 | Accused Products |
|---|---|
| | <br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026) |

| ’403 Patent Claim 38 | Accused Products |
| --- | --- |
| | <br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br><br>https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026)<br><br>When installed and used as directed, the Accused Products are part of a firearm trigger mechanism that operates in a standard semi-automatic mode (“SEMI”) and a forced reset semi-automatic mode (“FULL-SEMI”). https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). The Accused Products (shown below in yellow and green) are configured to operate in conjunction with a hammer (red), disconnector (orange), and trigger member (brown), as shown below.<br><br> |

<table>
<tr><th>’403 Patent Claim 38</th><th>Accused Products</th></tr>
<tr><td>38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis;</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are configured for compatibility with mil-spec fire control groups. https://atrius.dev/atrius-forced-reset-selector/ (captured 3/24/2026). The Accused Products (shown below in yellow and green) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in red) having a hook.<br><br>
<br><br>The hammer (red) is adapted to pivot on a transverse hammer pivot axis, as shown below.<br><br>
</td></tr>
<tr><td>38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis;</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below.</td></tr>
</table>

| ’403 Patent Claim 38 | Accused Products |
|---|---|
| |   |
| 38[C]: a trigger member; and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member.<br><br>The Accused Products (shown below in yellow and green) are configured for use with a trigger member (shown below in brown).<br><br>  |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between at least two modes of operation. Below, the selector (green) is shown in one mode of operation (standard semi-automatic, “SEMI”). |

<table>
<tr><th>’403 Patent Claim 38</th><th>Accused Products</th></tr>
<tr><td></td><td><br>Below, the selector (green) is shown in another mode of operation (forced reset semi-automatic, “FULL-SEMI”).<br></td></tr>
<tr><td>38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows.</td></tr>
</table>

| ’403 Patent Claim 38 | Accused Products |
|---|---|
| | |





During rearward movement of the bolt means, the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.




After the rearward movement of the bolt means, the bolt means moves forward into battery. When the bolt means moves forward into battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position.



<table>
<tr><th>’403 Patent Claim 38</th><th>Accused Products</th></tr>
<tr><td></td><td>To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.<br><br></td></tr>
</table>