# EXHIBIT K-15

## ’223 Patent Claim 4 re Disruptor

| ’223 Patent Claim 4 | Partisan Disruptor |
|---|---|
| 4. For a firearm having a receiver with a fire control mechanism pocket, assembly pin openings in side walls of the pocket, and a bolt carrier that reciprocates and pivotally displaces a hammer when cycled, a trigger mechanism, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a firearm having a receiver with a fire control mechanism pocket and assembly pin openings in side walls of the pocket.<br><br>As stated on the manufacturer’s website, the Partisan Disruptor is “designed for fast and hassle-free installation on the AR-15 platform.”<br><br><br>https://partisantriggers.com/the-disruptor/ (captured 3/26/2026) |

| '223 Patent Claim 4 | Partisan Disruptor |
|---|---|
| | As shown below, the AR-15 platform includes a lower receiver with a fire control pocket and assembly pin openings in the side walls of the pocket.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a firearm having a bolt carrier that reciprocates and pivotally displaces a hammer when cycled, a trigger mechanism.<br><br>An AR-pattern firearm has a bolt carrier, as shown below.<br><br>The bolt carrier on AR-pattern firearms reciprocates and pivotally displaces a hammer when cycled. Below, on the left, the bolt carrier is in battery and the hammer is in the released position. On the right, the bolt carrier has reciprocated backwards and pivotally displaced the hammer as it cycled.<br> |

<table>
<tr><th>’223 Patent Claim 4</th><th>Partisan Disruptor</th></tr>
<tr><td>a housing having transversely aligned pairs of openings for receiving hammer and trigger assembly pins;</td><td>Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a housing having transversely aligned pairs of openings for receiving hammer and trigger assembly pins.<br><br>The Accused Products, shown below, include a housing shown in green and include hammer and trigger pins, as annotated.<br><br><br><br><br>The Accused Products include, among others, two transversely aligned pairs of openings. The “First Opening” indicated below receives the hammer assembly pin; the “Second Opening” indicated below receives the trigger assembly pin.<br><br><br></td></tr>
<tr><td>a hammer having a sear notch and mounted in the housing to pivot on a transverse axis between set and released positions;</td><td>Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a hammer having a sear notch and mounted in the housing to pivot on a transverse axis.<br><br>The Accused Products include a hammer (Blue) that has a sear notch and is mounted in the housing (Purple) to pivot on a transverse axis.</td></tr>
</table>

<table>
<tr><th>’223 Patent Claim 4</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td><br>Below, on the left, the hammer is in the hammer set position. Below, on the right, the hammer is in the hammer released position.<br></td></tr>
<tr><td>a trigger member having a sear and mounted in the housing to pivot on a transverse axis between set and released positions,</td><td>Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a trigger member having a sear and mounted in the housing to pivot on a transverse axis.<br><br>The Accused Products include a trigger having a sear and mounted in the housing (Pink) to pivot on a transverse axis, as shown below.<br></td></tr>
</table>

<table>
<tr><th>’223 Patent Claim 4</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>Below, on the left, the trigger is in the trigger set position. Below, on the right, the trigger is in the trigger released position.<br></td></tr>
<tr><td>the trigger member having a surface positioned to be contacted by the hammer when the hammer is displaced by the bolt carrier when cycled, the contact causing the trigger member to be forced to the set position;</td><td>Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a trigger member having a surface positioned to be contacted by the hammer when the hammer is displaced by the bolt carrier when cycled.<br><br>As shown below, the trigger member (Green) has a surface positioned to be contacted by a surface of the hammer (Blue) when the hammer is displaced by the bolt carrier when cycled.<br><br><br>When the bolt carrier is cycled, it pivotally displaces the hammer (Blue), and as a result, the hammer contacts the trigger surface (Green). The contact between the hammer and the trigger surface causes the trigger member to pivot about the trigger transverse axis and be forced to the set position, as shown below.</td></tr>
</table>

| ’223 Patent Claim 4 | Partisan Disruptor |
|---|---|
| |   |
| a locking bar pivotally mounted in the housing | Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a locking bar pivotally mounted in the housing.<br><br>The Accused Products include a locking bar **(Red)** that is pivotally mounted in the housing **(Pink)**.<br><br>  |
| and spring biased toward a first position in which the locking bar mechanically blocks the trigger member from moving to the released position, | Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a locking bar that is spring biased toward a first position in which the locking bar mechanically blocks the trigger member from moving to the released position.<br><br>The Accused Products include a spring that biases the locking bar toward a first position, as shown below. |

| ’223 Patent Claim 4 | Partisan Disruptor |
| --- | --- |
| |   The locking bar **(Red)** is spring biased toward a first position, as shown below, in which the locking bar mechanically blocks the trigger member **(Green)** from moving to the released position.  |
| and movable against the spring bias to a second position when contacted by the bolt carrier reaching a substantially in-battery position | Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a locking bar that is movable against the spring bias to a second position when contacted by the bolt carrier reaching a substantially in-battery position. |

| ’223 Patent Claim 4 | Partisan Disruptor |
|---|---|
| | As discussed above, the locking bar **(Red)** is biased by a spring to the first position. When the locking bar is contacted by the bolt carrier, as shown below, it is pivoted against the force of the spring bias towards a second position, when the bolt carrier is reaching a substantially in-battery position.<br><br> |
| in which the trigger member can be moved by an external force to the released position. | Based upon present information and belief, Plaintiffs presently contend that the Accused Products include a trigger member that can be moved by an external force to the released position.<br><br>When the locking bar **(Red)** is in the second position, the trigger member **(Green)** can be moved by an external force (pull by the trigger finger) to the released position.<br> |