# EXHIBIT K-18

## ’807 Patent Claim 1 re Disruptor

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| 1. A firearm trigger mechanism comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows.<br><br>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a firearm trigger mechanism.<br><br>As stated on the manufacturer’s website, the Partisan Disruptor is an “assisted reset trigger” that is “designed for fast and hassle-free installation on the AR-15 platform,” and therefore is a firearm trigger mechanism.<br><br><br><br>https://partisantriggers.com/the-disruptor/ (captured 3/26/2026) |
| a hammer having a sear catch and a hook and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a hammer having a sear catch and a hook and adapted to be mounted in a fire control mechanism pocket of a receiver to pivot on a transverse hammer pivot axis between set and released positions, said hammer adapted to be pivoted rearward by rearward movement of a bolt carrier.<br><br>The Accused Products include a hammer **(Blue)** that has a sear catch and a hook, as shown below. The hammer is adapted to pivot on a transverse hammer pivot axis, as shown below. |

<table>
<tr><th>’807 Patent Claim 1</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>




The hammer is adapted to be mounted in a fire control mechanism pocket of a receiver. The Accused Products are configured for use in the AR-15 platform.



https://partisantriggers.com/the-disruptor/ (captured 3/26/2026)

The AR-15 Platform includes a fire control mechanism pocket.




</td></tr>
</table>

| ’807 Patent Claim 1 | Partisan Disruptor |
| --- | --- |
| | The hammer is mounted to pivot on the transverse hammer pivot axis between, among other positions, a hammer set position and hammer released position. Below, on the left, the hammer is in the hammer set position. Below, on the right, the hammer is in the hammer released position.<br><br>The hammer is adapted to be pivoted rearward by rearward movement of a bolt carrier. Shown below, on the left, the hammer is in the hammer released position. Shown below, on the right, rearward movement of the bolt carrier causes the hammer to be pivoted rearward.<br><br> |
| a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a trigger member having a sear and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis between set and released positions.<br><br>The Accused Products include a trigger **(Green)** having a sear and mounted in the fire control mechanism pocket to pivot on a transverse trigger member pivot axis, as shown below. |

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| | |




The trigger is adapted to be mounted in a fire control mechanism pocket of a receiver. The Accused Products are configured for use in the AR-15 platform.




https://partisantriggers.com/the-disruptor/ (captured 3/26/2026)

The AR-15 Platform includes a fire control mechanism pocket.



| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| | Below, on the left, the trigger is in the trigger set position. Below, on the right, the trigger is in the trigger released position.<br> |
| said trigger member having a surface positioned to be contacted by a surface of said hammer during rearward pivoting of said hammer to cause said trigger member to be forced to said set position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a trigger member having a surface positioned to be contacted by a surface of said hammer during rearward pivoting of said hammer to cause said trigger member to be forced to said set position.<br><br>As shown below, the trigger member **(Green)** has a surface positioned to be contacted by a surface of the hammer **(Blue)** during rearward pivoting of the hammer.<br><br>When hammer is pivoted rearward, the hammer contacts the trigger surface **(Green)**. The contact between the hammer and the trigger surface causes the trigger member to pivot about the trigger member pin |

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| | and be forced to the set position, as shown below.<br><br> |
| wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a sear and sear catch wherein said sear and sear catch are in engagement in said set positions of said hammer and trigger member and are out of engagement in said released positions of said hammer and trigger member.<br><br>As shown below, on the left, when the trigger member is in the trigger set position, and the hammer is in the hammer set position, the trigger’s sear is engaged with the hammer’s sear catch. As shown below, on the right, when the trigger member is in the trigger released position, and the hammer is in the hammer released position, the trigger’s sear is out of engagement with the hammer’s sear catch.<br><br> |
| a disconnector having a hook for engaging said hammer hook and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a disconnector having a hook for engaging said hammer hook and adapted to be mounted in the fire control mechanism pocket to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products have a disconnector **(Orange)** that has a hook for engaging the hammer hook **(Blue)**, and the disconnector is mounted to pivot on a transverse disconnector pivot axis, as shown below. |

<table>
<tr><th>’807 Patent Claim 1</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>




The disconnector is adapted to be mounted in a fire control mechanism pocket of a receiver. The Accused Products are configured for use in the AR-15 platform.



https://partisantriggers.com/the-disruptor/ (captured 3/26/2026)

The AR-15 Platform includes a fire control mechanism pocket.




</td></tr>
</table>

<table>
<tr><th>’807 Patent Claim 1</th><th>Partisan Disruptor</th></tr>
<tr><td>a locking member adapted to be movably mounted in the fire control mechanism pocket,</td><td>

Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member adapted to be movably mounted in the fire control mechanism pocket.

The Accused Products include a locking member **(Red)** movably mounted, as shown below.




The locking member is adapted to be movably mounted in a fire control mechanism pocket of a receiver. The Accused Products are configured for use in the AR-15 platform.




https://partisantriggers.com/the-disruptor/ (captured 3/26/2026)

</td></tr>
</table>

<table>
<tr><th>’807 Patent Claim 1</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>The AR-15 Platform includes a fire control mechanism pocket.<br><br></td></tr>
<tr><td>said locking member being movable between a first position at which said locking member mechanically blocks said trigger member from moving to said released position and a second position at which said locking member does not mechanically block said trigger member allowing said trigger member to be moved to said released position,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is pivotable between a first position at which said locking member mechanically blocks said trigger member from moving to said released position and a second position at which said locking member does not mechanically block said trigger member allowing said trigger member to be moved to said released position.<br><br>As discussed above, the Accused Products include a locking member. The locking member is pivotable between a first position, in which it mechanically blocks the trigger member from moving to the trigger released position, and a second position, in which it does not mechanically block the trigger from being moved to the trigger released position. Below, on the left, the locking member is pivoted into the first position. In the first position, a surface on the locking member mechanically blocks the trigger from rotating towards the trigger released position. Below, on the right, the locking member is pivoted into the second position. In the second position, the trigger is free to rotate towards the trigger released position.<br><br></td></tr>
</table>

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| said locking member spring biased toward said first position and adapted to be moved against said spring bias to said second position by contact from the bolt carrier during forward movement of the bolt carrier as the bolt carrier reaches a substantially in-battery position, and | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a locking member that is spring biased toward said first position and adapted to be moved against said spring bias to said second position by contact from the bolt carrier during forward movement of the bolt carrier as the bolt carrier reaches a substantially in-battery position.<br><br>The Accused Products include a spring that biases the locking member toward the first position.<br><br>The Accused Products include a spring that biases the locking member toward the first position.<br><br><br> |

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| | The locking member **(Red)** is biased by a spring to the first position. When the locking member is contacted by the bolt carrier, as shown below, it is pivoted against the force of the spring bias towards a second position, when the bolt carrier is reaching a substantially in-battery position.   |
| a safety selector adapted to be movably mounted in the fire control mechanism pocket to move between safe, standard semi-automatic, and forced reset semi-automatic positions, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include, and are adapted to work with, a safety selector adapted to be mounted in a fire control mechanism pocket of a receiver to pivot between safe, standard semi-automatic, and forced reset semi-automatic positions.<br><br>The Accused Products include a safety selector, as shown below.  <br><br>The Accused Products include a safety selector that is mounted in the fire control mechanism pocket of a receiver to pivot between “Safe, Semi-Automatic, and Enhanced Semi-Automatic modes.” |

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| | <br>https://partisantriggers.com/the-disruptor/ (captured 3/29/2026). |
| whereupon in said standard semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook,<br>at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, and | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a safety selector whereupon in said standard semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook, at which time a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm.<br><br>The Accused Products include a safety selector that can be set to standard semi-automatic position, as shown below.<br><br> |

| ’807 Patent Claim 1 | Partisan Disruptor |
| --- | --- |
| | When the Accused Products are in standard semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of the hammer, as shown below.   When the Accused Products are in standard semi-automatic mode, rearward movement of the bolt carrier causes rearward pivoting of said hammer such that said disconnector hook catches said hammer hook.  In the Accused Products, in standard semi-automatic mode, when the hammer is caught by the disconnector, a user must manually release said trigger member to free said hammer from said disconnector to permit said hammer and trigger member to pivot to said set positions so that the user can pull said trigger member to fire the firearm, as shown below.  |

| ’807 Patent Claim 1 | Partisan Disruptor |
| --- | --- |
| whereupon in said forced reset semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer causing said trigger member to be forced to said set position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a safety selector whereupon in said forced reset semi-automatic position, rearward movement of the bolt carrier causes rearward pivoting of said hammer causing said trigger member to be forced to said set position.<br><br>When the Accused Products are in the forced reset semi-automatic position, rearward movement of the bolt carrier causes the hammer **(Blue)** to pivot which causes the trigger **(Green)** to be forced to the set position, as shown below.<br><br> |
| said safety selector preventing said disconnector hook from catching said hammer hook, | Based upon present information and belief, Plaintiffs presently contend the Accused Products include a safety selector that prevents said disconnector hook from catching said hammer hook.<br><br>When the Accused Products are in the forced reset semi-automatic position, the safety selector **(Black)** prevents the disconnector hook **(Orange)** from catching the hammer hook **(Blue)**, as shown below.<br> |

| ’807 Patent Claim 1 | Partisan Disruptor |
|---|---|
| and thereafter when the bolt carrier reaches the substantially in-battery position the user can pull said trigger member to fire the firearm without manually releasing said trigger member. | Based upon present information and belief, Plaintiffs presently contend that in the Accused Products, when in forced reset semi-automatic mode, and when the bolt carrier reaches the substantially in-battery position, the user can pull said trigger member to fire the firearm without manually releasing said trigger member.<br><br>When the bolt carrier reaches a substantially in-battery position the user can pull the trigger member **(Green)** to fire the firearm without manually releasing rearward pressure from the trigger member, as shown below.<br><br> |