# EXHIBIT K-19

## ’403 Patent Claim 38 re Disruptor

| ’403 Patent Claim 38 | Partisan Disruptor |
|---|---|
| 38[pre]: A forced reset trigger mechanism, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are marketed by the manufacturer as “The Disruptor,” an “assisted reset trigger” that is “designed for fast and hassle-free installation on the AR-15 platform” and that “features a three-position safety selector with Safe, Semi-Automatic, and Enhanced Semi-Automatic modes.” https://partisantriggers.com/the-disruptor/ (captured 3/26/2026). When installed and used as directed, the Accused Products are a firearm trigger mechanism that operates in a standard semi-automatic mode (“Semi-Automatic”) and a forced reset semi-automatic mode (“Enhanced Semi-Automatic”).<br><br><br> |
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products are configured for use in the AR-15 platform. https://partisantriggers.com/the-disruptor/ (captured 3/26/2026). The Accused Products are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (shown below in blue) having a hammer hook. |

| ’403 Patent Claim 38 | Partisan Disruptor |
|---|---|
| | The hammer (blue) is adapted to pivot on a transverse hammer pivot axis, as shown below.<br><br> |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products are configured for use with a disconnector (shown below in orange) having a disconnector hook. The disconnector is adapted to pivot on a transverse disconnector pivot axis, as shown below.<br><br> |
| 38[C]: a trigger member; and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member.<br><br>The Accused Products are configured for use with a trigger member (shown below in green), as shown below. |

<table>
<tr><th>’403 Patent Claim 38</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>
</td></tr>
<tr><td>38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position,</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector that is operable by the user to select between modes of operation. The Accused Products include a safety selector that is mounted in the fire control mechanism pocket of a receiver to move between “Safe, Semi-Automatic, and Enhanced Semi-Automatic modes.” https://partisantriggers.com/the-disruptor/ (captured 3/26/2026). The safety selector is shown below.<br><br>
</td></tr>
</table>

<table>
<tr><th>’403 Patent Claim 38</th><th>Partisan Disruptor</th></tr>
<tr><td></td><td>Below, the safety selector is shown installed in the trigger mechanism. The safety selector is movable between, among other positions, a standard semi-automatic position and a forced reset semi-automatic position.<br></td></tr>
<tr><td>38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.</td><td>Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows. During rearward movement of the bolt means, the hammer (blue) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.<br><br></td></tr>
</table>

| ’403 Patent Claim 38 | Partisan Disruptor |
|---|---|
| | As shown below, the disconnector hook (orange) catches the hammer hook (blue), preventing the hammer from pivoting forward to the hammer released position.<br><br>To disengage the hammer (blue) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member. In doing so, the hammer and the trigger member (green) are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.<br> |