# EXHIBIT K-24

## ’403 Patent Claim 38 re Kabuto

| ’403 Patent Claim 38 | Kabuto |
|---|---|
| 38[pre]: A forced reset trigger mechanism, comprising: | Based upon present information and belief, Plaintiffs presently contend that to the extent the preamble of this claim is deemed limiting, the preamble is met by the Accused Products, including as follows, when assembled and used as intended.<br><br>The Accused Products are described as a “[d]rop-in forced reset trigger” mechanism in public documentation. *See, e.g.*, *Kabuto Drop-In FRT*, TAKEDOWN TOOLS (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15); *Kabuto Drop-In FRT*, AMERICA FIRST MARKETPLACE (https://mammothnation.com/products/kabuto-drop-in-frt-ar-15-forced-reset-trigger-gen-3).<br><br>The Kabuto, as sold by Takedown Tools (https://www.artakedowntool.com/products/kabuto-frt-drop-in-ar15).<br><br><br>The Kabuto (Plaintiffs’ renderings). |

| ’403 Patent Claim 38 | Kabuto |
|---|---|
| 38[A]: a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a hammer having a hammer hook and adapted to pivot on a transverse hammer pivot axis.<br><br>The Accused Products (shown below in purple/blue/yellow) are configured to be installed in a fire control mechanism pocket of a receiver along with a hammer (red) having a hook and configured to pivot on a transverse hammer pivot axis.<br><br><br> |
| 38[B]: a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis; | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a disconnector having a disconnector hook and adapted to pivot on a transverse disconnector pivot axis.<br><br>The Accused Products (purple/blue/yellow) are configured for use with a disconnector (orange) having a disconnector hook. The disconnector pivots on a transverse disconnector pivot axis, as shown below.<br><br><br> |

| ’403 Patent Claim 38 | Kabuto |
| --- | --- |
| 38[C]: a trigger member; and | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a trigger member.<br><br>The Accused Products (purple/blue/yellow) are configured for use with a trigger member (brown).<br><br> |
| 38[D]: a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position, | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured for use with a safety selector adapted to be movable between a standard semi-automatic position and a forced reset semi-automatic position.<br><br>The Accused Products include a safety selector (grey) that is operable by the user to select between at least two modes of operation. Below, left, the selector is shown in one mode of operation (standard semi-automatic). Below, right, the selector is shown in another mode of operation (forced reset semi-automatic).<br><br>  |

| | |
|---|---|
| 38[E]: wherein when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm. | Based upon present information and belief, Plaintiffs presently contend the Accused Products are configured such that when the safety selector is in the standard semi-automatic position and the trigger member is rearwardly actuated, and after the hammer pivots rearward to a position where the hammer hook is past the disconnector hook, rearward pressure on the trigger member must be reduced to permit the trigger member to then be actuated to fire a firearm.<br><br>When the safety selector is set to the standard semi-automatic position, as shown below, and the trigger member is rearwardly actuated, the trigger mechanism is configured to operate as follows.<br><br><br><br>During rearward movement of the bolt means (grey), the hammer (red) pivots rearward to a position where the hammer hook is past the disconnector hook (orange), as shown below.<br><br><br><br><br>After the rearward movement of the bolt means (grey), the bolt means moves forward into battery. When the bolt means moves forward into |

| ’403 Patent Claim 38 | Kabuto |
| --- | --- |
| | battery, the hammer (red) remains caught by the hook of the disconnector (orange), as shown below, preventing the hammer from pivoting forward to the hammer released position.<br><br><br>To disengage the hammer (red) from the disconnector (orange), the user must manually reduce rearward pressure on the trigger member (brown). In doing so, the hammer and trigger member are permitted to pivot to the hammer set position and the trigger set position, respectively, so that the user can again actuate the trigger member to fire the firearm, as shown below.<br><br> |